# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MANN REALTY ASSOCIATES, INC., | : No. 56 MM 2014 |
| Petitioner | : |
| v. | : |
| LOWER SWATARA TOWNSHIP, MARTIN L. GRASS AND MARK G. CALDWELL, T/A DOUBLE M. DEVELOPMENT, A PARTNERSHIP, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 31st day of July, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**.  Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.